UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Lucia Nuzzo,                                              )
                                                         )
          Plaintiff                                      )
                                                         )
                                                         )
                                                         )          **JUDGMENT**
v.                                                       )
                                                         )          No. 5:25-CV-00254-RN
State Farm Fire & Casualty Company,                      )
                                                         )
          Defendant.                                     )

**Decision by Court:**
**This matter comes before the court on D.E. 20: Motion for Summary Judgment.**

**IT IS ORDERED, ADJUDGED AND DECREED**:
In accordance with the court's order entered July 21, 2026, and for the reasons set forth more specifically therein, the court grants State Farm's motion for summary judgment.

This Judgment Filed and Entered on July 21, 2026 with service on:
Gregory T. Whitley (via CM/ECF Notice of Electronic Filing)
Diane Pappayliou (via CM/ECF Notice of Electronic Filing)
J. Scott Lewis (via CM/ECF Notice of Electronic Filing)

                                        PETER A. MOORE, JR., CLERK


                                        /s/ Carson Pendergrass
                                        (By): Carson Pendergrass, Deputy Clerk